**TWENTY FIRST JUDICIAL DISTRICT COURT**

**PARISH OF TANGIPAHOA**

**STATE OF LOUISIANA**

NUMBER: 2016-0000672　　　　DIVISION: C

EARNEST DAVIS

VERSUS

DALICE, INC., PROTECTIVE INSURANCE COMPANY, and TARIUS SMITH

FILED: March 7, 2016　　　DEPUTY CLERK: _____

**PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Earnest Davis, a person of the legal age of majority and resident of the Parish of Tangipahoa, and respectfully represents:

1.

Made defendants herein are:

a) Dalice, Inc., who upon information and belief is a corporation incorporated in the State of Tennessee, doing business in Louisiana, and owner of at-fault vehicle;

b) Protective Insurance Company, in its capacity as a liability insurer for Dalice, Inc; and

c) Tarius Smith, who upon information and belief was the driver of the at-fault vehicle, and is domiciled in Olive Branch, Mississippi.

2.

Defendants are justly and truly indebted unto petitioner, jointly and in solido, in the full and true sum of an amount which is reasonable in the premises, together with the legal interest thereon from date of judicial demand until paid, and all costs of these proceedings for the following, to-wit:

3.

On or about April 15, 2015, Earnest Davis driving a 1998 Chevrolet Silverado was proceeding southbound on Interstate 55 towing another vehicle being controlled by Arris Jones.

4.

At the same time, Tarius Smith was driving 2009 International Tractor with a 2007 Great Dane trailer in tow at a high rate of speed southbound on Interstate 55.

5.

MOODY LAW FIRM
ATTORNEYS AT LAW

AUDUBON CENTRE
1250 S.W. RAILROAD AVE.
SUITE 170
HAMMOND, LA 70403
PHONE (985) 542-1351
FAX (985) 542-1354

EXHIBIT A

SCANNED

As Tarius Smith was traveling southbound at a high rate of speed, he approached the rear of the vehicle being towed by Earnest Davis.

6.

Both the vehicle Earnest Davis was driving and the vehicle being towed and operated by Arris Jones were fully illuminated by all standard factory operating lights.

7.

Tarius Smith was not paying attention to the roadway and due to the high rate of speed he was traveling, he crashed into the rear of the towed vehicle operated by Arris Jones.

8.

Once contact was made with the vehicle in tow, the truck being operated by Tarius Smith continued to collide with the vehicle being driven by Earnest Davis, forcing Mr. Davis' vehicle 75 feet.

9.

The aforesaid accident resulted from the combined negligence of the defendant driver, Tarius Smith, in the following particulars among others which may be shown at the time of trial to-wit:

a) Failure to see what he should have seen;
b) Failure to maintain control of his vehicle;
c) Traveling at an unsafe speed;
d) Following too close;
e) Failure to take steps necessary to avoid an accident;
f) Being inattentive to his driving obligations;
g) Being inattentive to the traffic ahead of him;

As well as any and all other acts of negligence, either through omission or commission, which may be shown at the time of trial, all of which acts of negligence are in violation of the statutes of the State of Louisiana, and the ordinances of the Parish of Tangipahoa all of which are pleaded herein as though copied in extenso for all purposes.

10.

As a result of the aforesaid accident, Earnest Davis has suffered serious damage including the following non-exclusive list of particulars:

a) Past medical expenses;
b) Future medical expenses;



MOODY LAW FIRM
ATTORNEYS AT LAW

AUDUBON CENTRE
1250 S.W. RAILROAD AVE,
SUITE 170
HAMMOND, LA 70403
PHONE (985) 542-1351
FAX (985) 542-1354

c) Scarring and disfigurement;
d) Past and future lost wages and loss of earning capacity;
e) Past physical pain and suffering;
f) Future physical pain and suffering;
g) Past mental anguish and distress;
h) Future mental anguish and distress;
i) Past loss of enjoyment of life;
j) Future loss of enjoyment of life;
k) Disability;
l) Other damages which will be more particularly set forth at trial of this matter

11.

Petition further sustained damages to his vehicle as a result of the aforesaid accident for which he is entitled to compensation.

12.

Upon information and belief, Protective Insurance had issued a policy of insurance which provided coverage for the vehicle being occupied and driven by the defendant, Tarius Smith. Said policy provided for the type of liability asserted herein.

13.

The plaintiff further alleges that the amount in dispute is greater than the jurisdictional limit for a jury trial.

**WHEREFORE**, petitioner, Earnest Davis prays that the defendants be duly cited to appear and answer this petition, and after all legal delays and due proceedings had, that there be Judgment herein in favor of the Petitioner and against defendants, jointly and in solido, in the full and true sum of an amount which is reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, as well as any and all other equitable relief deemed appropriate under the circumstances.

Respectfully submitted this 5 day of March, 2016.

Respectfully Submitted,

**MOODY LAW FIRM**

Christopher Moody, Bar Roll No. 09594
Albert D. Giraud, Bar Roll No. 18911
Brad J. Cascio, Bar Roll No. 35076
1250 SW Railroad Avenue, Suite 170
Hammond, LA 70403
Phone: (985) 542-1351
Fax: (985) 542-1354

MOODY LAW FIRM
ATTORNEYS AT LAW

AUDUBON CENTRE
1250 S.W. RAILROAD AVE.
SUITE 170
HAMMOND, LA 70403
PHONE (985) 542-1351
FAX (985) 542-1354

**PLEASE SERVE:**

Tarius Smith
9897 Conrad Dr
Olive Branch, MS 38654
Through the Secretary of State
As an out of state motorist

(VIA LONG ARM STATUTE)
Through its Registered Agent
Darry Little
Dalice, Inc.
111 S Highland Street, #326
Memphis, TN 38111

Protective Insurance Company
111 Congressional Blvd, Ste 500
Carmel, IN 46032
Through the Secretary of State



MOODY LAW FIRM
ATTORNEYS AT LAW

AUDUBON CENTRE
1250 S.W. RAILROAD AVE.
SUITE 170
HAMMOND, LA 70403
PHONE (985) 542-1351
FAX (985) 542-1354