# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARNEST DAVIS | CIVIL ACTION |
| VERSUS | NO. 16-12061 |
| DALICE, INC. ET AL | SECTION "H" (1) |

## ORDER

For reasons stated in open court on August 24, 2016;

**IT IS ORDERED** that the Motion to Remand (Rec. Doc. 7) is hereby **GRANTED** and that this matter be REMANDED to 21st JDC Tangipahoa Parish, State of Louisiana.

New Orleans, LA this 24th day of August, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**